# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 09, 2019

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 19-11009   Edward Kennedy v. Reed O'Connor, et al
                USDC No. 4:19-CV-593

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

               Sincerely,

               LYLE W. CAYCE, Clerk

               By: _____
               Melissa B. Courseault, Deputy Clerk
               504-310-7701

cc w/encl:
    Mr. Edward Thomas Kennedy