IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

───────────────

No. 19-11009

───────────────

**A True Copy**
**Certified order issued Oct 09, 2019**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

EDWARD THOMAS KENNEDY,

    Plaintiff - Appellant

v.

REED CHARLES O'CONNOR; JOHN GLOVER ROBERTS; JEFFREY L. CURETON; THE ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS; UNITED STATES COURTS,

    Defendants - Appellees

───────────────

Appeal from the United States District Court for the
Northern District of Texas

───────────────

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of October 9, 2019, for want of prosecution. The appellant failed to timely pay the filing fee.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Melissa B. Courseault, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT